Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Michele Gilmore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GILMORE,<br><br>        Plaintiff,<br><br> v.<br><br>EQUIFAX, INC., ET AL.,<br><br>        Defendants. | Case No.: 5:17-cv-01811-LHK<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Michele Gilmore and defendant Equifax, Inc. that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: October 12, 2017                    **Sagaria Law, P.C.**

                                    By:    */s/ Elliot Gale*
                                           Elliot Gale
                                           Attorney for Plaintiff Michele Gilmore


DATED: October 12, 2017                    **Nokes & Quinn, APC**

                                    By:    */s/ Thomas P. Quinn, Jr.*
                                           Thomas P. Quinn, Jr.
                                           Attorney for Defendant Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*


# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.



DATED: _____              _____
                                   Hon. Lucy H. Koh
                                   UNITED STATES DISTRICT JUDGE