Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Phone: 408-279-2288
Fax:    408-279-2299

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE GILMORE,<br><br>            Plaintiff,<br><br>   v.<br><br>EQUIFAX, INC; et. al.,<br><br><br><br>           Defendants. | Case No.: 5:17-cv-01811-LHK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CHASE BANK USA, N.A. (ERRONEOUSLY SUED AS JPMORGAN CHASE BANK) |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

      **PLEASE TAKE NOTICE THAT** plaintiff Michele Gilmore and defendant Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank) by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement will be finalized within 60 days and will request dismissal of this action.

//

//

//

1  
2  Dated:   October 13, 2017  
3  
4  
5  
6  Dated:   October 13, 2017  
7  
8  
9  

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

**Covington and Burling, LLP**
/s/ *Megan Louise Rodgers*
Megan Louise Rodgers
Attorneys for Defendant
Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank)

10  
11  I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Megan Louise Rodgers has concurred in this filing.

*/s/ Elliot Gale*

12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

NOTICE OF SETTLEMENT WITH DEFENDANT CHASE BANK USA, N.A. (ERRONEOUSLY SUED AS JPMORGAN CHASE BANK) -2-