Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Michelle Gilmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE GILMORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>          Defendants. | Federal Case No.: 5:17-cv-01811-LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Michelle Gilmore and defendant Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.) ("Chase"), through their designated counsel, that Chase be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: October 25, 2017        **Sagaria Law, P.C.**

By: _____*/s/ Elliot W. Gale*_____
                    Elliot W. Gale
Attorneys for Plaintiff
Michelle Gilmore


DATED: October 25, 2017        **Covington and Burling LLP**


By: _____*/s/Megan Rodgers*_____
                    Megan Rodgers
Attorneys for Defendant
Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.)

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Megan Rodgers has concurred in this filing.
*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Chase is dismissed with prejudice from the above-captioned action and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____        _____
                    LUCY H. KOH
                    UNITED STATES DISTRICT JUDGE